LAWRENCE A. BASKIN (SB #46517)
KRAUSE & BASKIN
1120 Nye Street, Suite 300
San Rafael, CA 94901
Telephone: (415) 456-2500
Fax: (415) 456-1580

Attorneys for POSARD BROEK +
ASSOCIATES, a California Corporation
and WENDY POSARD &
ASSOCIATES, a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| POSARD BROEK + ASSOCIATES, a California Corporation and WENDY POSARD & ASSOCIATES, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ROSS BERGER, an individual, MICHAEL PULLING and NANCY PULLING, individually and as husband and wife, LUKE OGRYDZIAK, an individual, OGRYDZIAK, PRILLINGER ARCHITECTS, a business entity form unknown and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV 09 3484 EDL<br><br>STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS/STRIKE COMPLAINT<br><br>Date: November 24, 2009<br>Time: 9 a.m.<br>Dept.: E<br><br>**Honorable Elizabeth D. LaPorte** |

THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:

Plaintiffs, by and through their counsel, Lawrence A. Baskin, and Defendants, by and through their counsel, Simon J. Frankel and John A. Koeppel, respectively, in the above-entitled action, hereby agree and stipulate to the continuance of the above referenced hearing on Defendants' Motion to Dismiss/Strike Complaint, to January 26, 2010, at 2:00 p.m.

Date _____

_____
Lawrence A. Baskin, Attorney for
POSARD BROEK + ASSOCIATES/
WENDY POSARD & ASSOCIATES

STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS COMPLAINT

Approved and Agreed:

Dated: _____

                                             Simon J. Frankel, Attorney for
                                             ROSS BERGER and MICHAEL &
                                             NANCY PULLING

Dated: 11/5/2009

                                             John A. Koeppel, Attorney for
                                             LUKE OGRYDZIAK/
                                             OGRYDZIAK, PRILLINGER
                                             ARCHITECTS

## ORDER

IT IS HEREBY ORDERED as follows:

The Hearing on Defendants' Motion to Dismiss/Strike Complaint on November 24, 2009, at 9 a.m., is hereby vacated and rescheduled for January 26, 2010, at 2 p.m.

Dated: _____

                                             HON. ELIZABETH D. LAPORTE

STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS COMPLAINT

Approved and Agreed:

Dated: 11/6/09

                                                  *[signature]*
Simon J. Frankel, Attorney for
ROSS BERGER and MICHAEL &
NANCY PULLING

Dated: _____

John A. Koeppel, Attorney for
LUKE OGRYDZIAK/
OGRYDZIAK, PRILLINGER
ARCHITECTS

## ORDER

IT IS HEREBY ORDERED as follows:

The Hearing on Defendants' Motion to Dismiss/Strike Complaint on November 24, 2009, at 9 a.m., is hereby vacated and rescheduled for January 26, 2010, at 2 p.m.

Dated: November 6, 2009        *[signature]*
HON. ELIZABETH D. LAPORTE