UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

POSARD BROEK + ASSOCIATES,
    Plaintiff,

  v.

ROSS BERGER, ET AL.,
    Defendants.
_____/

No. C09-3484 EDL MED

**ORDER APPROVING REQUEST FOR DEFENDANTS MICHAEL PULLING AND NANCY PULLING TO ATTEND MEDIATION BY PHONE**

Date:  January 14, 2010
Mediator: John Crittenden

  IT IS HEREBY ORDERED that defendants Michael Pulling and Nancy Pulling are excused from personal attendance at the January 14, 2010, mediation before John Crittenden. Mr. and Mrs. Pulling shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

  IT IS SO ORDERED.

December 23, 2009   By:    /s/ William Alsup
Dated            William H. Alsup
             United States District Judge