LAWRENCE A. BASKIN (SB #46517)
KRAUSE & BASKIN
1120 Nye Street, Suite 300
San Rafael, CA 94901
Telephone: (415) 456-2500
Fax: (415) 456-1580

Attorneys for POSARD BROEK + ASSOCIATES, a California Corporation and WENDY POSARD & ASSOCIATES, a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| POSARD BROEK + ASSOCIATES, a California Corporation and WENDY POSARD & ASSOCIATES, a California corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROSS BERGER, an individual, MICHAEL PULLING and NANCY PULLING, individually and as husband and wife, LUKE OGRYDZIAK, an individual, OGRYDZIAK, PRILLINGER ARCHITECTS, a business entity form unknown and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. CV 09 3484 EDL<br><br>STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS/STRIKE COMPLAINT<br><br>Date: January 26, 2010<br>Time: 2:00 p.m.<br>Dept.: E<br><br>**Honorable Elizabeth D. LaPorte** |

THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:

Plaintiffs, by and through their counsel, Lawrence A. Baskin, and Defendants, by and through their counsel, Simon J. Frankel and John A. Koeppel, respectively, in the above-entitled action, hereby agree and stipulate to the continuance of the above referenced hearing on Defendants' Motion to Dismiss/Strike Complaint, to February 2, 2010, at 2:00 p.m.

Date 1.5.10

_____
Lawrence A. Baskin, Attorney for
POSARD BROEK + ASSOCIATES/
WENDY POSARD & ASSOCIATES

Approved and Agreed:

Dated: 1/5/10

Simon J. Frankel, Attorney for
ROSS BERGER and MICHAEL &
NANCY PULLING

Dated: 1/5/10

John A. Koeppel, Attorney for
LUKE OGRYDZIAK/
OGRYDZIAK, PRILLINGER
ARCHITECTS

ORDER

IT IS HEREBY ORDERED as follows:

The Hearing on Defendants' Motion to Dismiss/Strike Complaint on January 26, 2010, at 2:00 p.m., is hereby vacated and rescheduled for February 2, 2010, at ~~2:00 p.m.~~ 9:00 a.m.

Dated: January 6, 2010

HON. ELIZABETH D. LAPORTE

-2-

STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS COMPLAINT