LAWRENCE A. BASKIN (SB #46517)
Attorney & Mediator at Law
1120 Nye Street, Suite 300
San Rafael, CA 94901
Telephone: (415) 456-2500
Fax: (415) 456-1580

Attorneys for POSARD BROEK +
ASSOCIATES, a California Corporation
and WENDY POSARD &
ASSOCIATES, a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| POSARD BROEK + ASSOCIATES, a California Corporation and WENDY POSARD & ASSOCIATES, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ROSS BERGER, an individual, MICHAEL PULLING and NANCY PULLING, individually and as husband and wife, LUKE OGRYDZIAK, an individual, OGRYDZIAK, PRILLINGER ARCHITECTS, a business entity form unknown and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV 03484 EDL<br><br>**ORDER**<br>**(90 DAY CONDITIONAL DISMISSAL)** |

The parties hereto, by their counsel, having advised the Court that they have agreed to a Settlement of this action.

IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within 90 days from the date hereof, that the agreed consideration for the Settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

Dated: January ~~15~~ 19, 2010

*Elizabeth D. Laporte*
HON. ELIZABETH D. LAPORTE